UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                           Case No. 3:22-cr-98

vs.

DELAQUAN HARVEY,                         District Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 28)

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 28. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in count two of the indictment, which charges him with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(8). Doc. Nos. 12, 26. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **April 4, 2023 at 2:00 PM**.

    **IT IS SO ORDERED.**

Date:   January 10, 2023                                   s/*Michael J. Newman*
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge